IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOSEA SMITH,

     Petitioner,                   No. CIV S-09-2200 WBS GGH P

   vs.

D.K. SISTO, Warden,

     Respondent.                ORDER

_____/

        Pursuant to the <u>Order</u>, filed on August 20, 2009, petitioner, by filing dated September 16, 2009 (docket # 7), has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted. <u>See</u> 28 U.S.C. § 1915(a).

DATED: September 29, 2009            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
smit2200.ifpg